1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNATHAN BARNES,                    No.  2:18-cv-1342 CKD P

12            Plaintiff,

13      v.                               ORDER

14   XAIVER CANO, et al.,

15            Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  The federal venue statute provides that a civil action "may be brought in (1) a

19   judicial district in which any defendant resides, if all defendants are residents of the State in

20   which the district is located, (2) a judicial district in which a substantial part of the events or

21   omissions giving rise to the claim occurred, or a substantial part of property that is the subject of

22   the action is situated, or (3) if there is no district in which an action may otherwise be brought as

23   provided in this action, any judicial district in which any defendant is subject to the court's

24   personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

25          In this case, there is nothing in plaintiff's complaint suggesting any defendant resides

26   within the Eastern District of California and the events giving rise to plaintiff's claims occurred in

27   Los Angeles County which is within the jurisdiction of the Central District of California.

28   Therefore, plaintiff's claim should have been filed in the United States District Court for the

                                            1

1  Central District of California.  In the interest of justice, a federal court may transfer a complaint

2  filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire,

3  512 F.2d 918, 932 (D.C. Cir. 1974).

4          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

5  States District Court for the Central District of California.

6  Dated:  May 29, 2018

7                                                                    _____
                                                                     CAROLYN K. DELANEY
8                                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11  barn1342.21a

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2