UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-04764-SVW (SHK) | Date: | August 1, 2018 |
| Title: | *Johnathan Barnes v. Xavier Cano, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER TO SHOW CAUSE RE: FAILURE TO PROVIDE CERTIFIED TRUST ACCOUNT WITH MOTION TO PROCEED IN FORMA PAUPERIS [ECF No. 2]

On May 22, 2018, Plaintiff Johnathan Barnes ("Plaintiff"), an inmate at the California State Prison in Represa, California, filed a civil rights complaint under 42 U.S.C. § 1983. Electronic Case Filing ("ECF No.") 1. In addition, Plaintiff submitted a Motion to Proceed Without Prepayment of Filing fees (ECF No.) 2 but failed to include his certified copy of his prison trust account statement. The required Certificate of Authorized Officer and prison trust-account statement must be included. See 28 U.S.C. § 1915(a)(2) (prisoner requesting IFP status "shall submit a certified copy of the trust fund account statement…for the prisoner for the 6-month period immediately preceding the filing of the complaint").

On June 6, 2018, the Court issued its order requiring Plaintiff to (1) pay the full $400.00 filing fee; (2) submit a copy of his certified trust account statement signed by an Authorized Officer of the Institution; or (3) show cause in writing why he is unable to do so. To date, Plaintiff has not filed the required documents nor has he corresponded with the Court. However, Plaintiff will be given a final opportunity to comply with the Court's June 6, 2018 order. Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action.

**IT IS SO ORDERED.**