1

JS6

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   JOHNATHAN BARNES,                      Case No. 2:18-cv-04764-SVW-SHK

12                        Plaintiff,

13          v.                             JUDGMENT

14   XAVIER CANO, et al.,

15                        Defendants.

16

17

18       Pursuant to the Order Presented By The United States Magistrate Judge,

19   IT IS HEREBY ADJUDGED that the action is DISMISSED without prejudice.

20

21   Dated: 1/22/19

22                                     HONORABLE STEPHEN V. WILSON
                                       United States District Judge

23

24

25

26

27

28